UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

OLIVER GIOLA WEST, JR.,

JUDGMENT
07-CV- 2098 (ARR)

Plaintiff,

-against-

GEORGE ALEXANDER, Chairman of
the New York State Division of Parole;
DAVID PATERSON, Governor of the State
of New York,

Defendants.
-------------------------------------------------------------------X

An Opinion and Order of Honorable Allyne R. Ross, United States District Judge,

having been filed on December 30, 2009, granting defendants' motion for summary

judgment; and dismissing the case; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that

defendants' motion for summary judgment is granted; and that the case is dismissed.

Dated:  Brooklyn, New York
        December 30, 2009

                                          /S/
                             ROBERT C. HEINEMANN
                             Clerk of Court